# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

June 14, 2024

**Via ECF**

Hon. Kenneth M. Karas, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

<u>Re: **Gallardo et al v. Aurora Digital Technology Center LLC**</u>
**Case No. 23-CV-06631 (KMK)(VR)**
**Motion for Extension of Time**

Dear Judge Karas:

My firm represents plaintiffs in the above-referenced action, and I respectfully write to request a brief two-week extension of the June 14, 2024 deadline for Plaintiffs to file their motion for settlement approval to June 28, 2024. This request is being made because some additional time is needed to finalize the settlement papers including compliance with Cheeks, etc. One prior request for an extension of this deadline was made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**cc:** **Defense Counsel via ECF**

Granted, but this will be the last such extension.

So Ordered
6/17/24

1