# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**                                   Tel: 718-740-1000
Email: abdul@abdulhassan.com                         Fax: 718-740-2000
*Employment and Labor Lawyer*                    Web: www.abdulhassan.com

**June 28, 2024**

**Via ECF**

Hon. Kenneth M. Karas, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

<u>**Re: Gallardo et al v. Aurora Digital Technology Center LLC**</u>
**Case No.  23-CV-06631 (KMK)(VR)**
**Motion for Extension of Time**

Dear Judge Karas:

     My firm represents plaintiffs in the above-referenced action, and I respectfully write to request a brief one-week extension of the June 28, 2024 deadline for Plaintiffs to file their motion for settlement approval to July 5, 2024. This request is being made because some additional time is needed to finalize the settlement papers, including compliance with Cheeks, etc. – since the last request, it appears that we have worked through the issues. Two prior requests for an extension of this deadline were made and granted.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,                              Granted.

Abdul Hassan Law Group, PLLC                    So Ordered

  /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.                              6/30/24

**cc:**    **Defense Counsel via ECF**

1